THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-163-RSL |
| Plaintiff, | |
| vs. | ~~(PROPOSED)~~ ORDER GRANTING THE UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |
| JESUS MORA-GONZALEZ, | |
| Defendant. | |

THE COURT, having considered the unopposed motion to extend the deadline for pretrial motions, GRANTS the motion.

IT IS ORDERED that the due date for pretrial motions is extended from August 8, 2018 to August 20, 2018.

DONE this 20th day of August, 2018.

_/s/ Robert S. Lasnik_
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Jesus Mora-Gonzalez

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE - 1
USA v. Mora-Gonzalez / CR18-163-RSL

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100